# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1186

VERSUS

KEITH FREMIN                                          **DECEMBER 6, 2021**

---

In Re:    Keith Fremin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          378,039.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.** See **State v. Fremin**, 2014-1218 (La. App. 1st
Cir. 10/21/14), 2014 WL 12570023 (unpublished), writ denied,
2014-2420 (La. 9/25/15), 178 So.3d 160; **State v. Fremin**, 2010-
0126 (La. App. 1st Cir. 3/26/10), writ denied, 2010-0954 (La.
11/24/10), 50 So.3d 824.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT